Gussie Lichtenstein and Others, Plaintiffs v. Globe Tile Co., Inc., and Another, Appellants, Impleaded with Others, Defendants. Edward J. Pigott,

Referee, Respondent.— Order of the County Court of Kings county granting motion of referee in foreclosure for additional allowance reversed upon the law and the facts, without costs, and motion denied, without costs. (*Chisholm* v. *Hopson*, 182 App. Div. 856.) No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.